E-FILING

ORIGINAL FILED

APR 0 5 2004

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1 Robert N. Phillips (SBN 120970)
Erica J. Heibel (SBN 197470)
2 HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
3 Menlo Park, California  94025-3434
Telephone:  (650) 463-8100
4 Facsimile:  (650) 463-8400

5 Attorneys for Plaintiff
INTEL CORPORATION

6

7 COPY

8 ADR

9 UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C04  01310

10

JCS

11 INTEL CORPORATION, a Delaware        )   Case No.
corporation,                         )
12                                      )   **COMPLAINT FOR DAMAGES AND**
Plaintiff,               )   **INJUNCTIVE RELIEF**
13                                      )
vs.                          )
14                                      )
JOHN LEHMANN, an individual doing business )
15 as DRUGINTEL,                        )
)
16                Defendant.            )
)
17 ───────────────────────────────────────

18

19 Plaintiff Intel Corporation, by its attorneys, alleges as follows:

20      1.      This action arises from Defendant John Lehmann's ("Defendant") use of a trade name,

mark and domain name that incorporates  and is similar to one of the most famous trademarks in the

21 world — INTEL®.  By combining "Intel" with the generic term "Drug" Defendant has caused and is

22 likely to continue to cause confusion that Intel is the source or sponsor of Defendant's consulting and

23 web design services, or that there is an association between Intel and Defendant.  In addition,

24 Defendant's acts are causing, and/or are likely to cause, dilution of the INTEL trademark.

25 Consequently, Intel seeks injunctive relief and damages for injuries that have been, and will continue

26 to be, caused by Defendant's use of the DRUGINTEL trade name and service mark in violation of the

27 Lanham Act (15 U.S.C. §§ 1051-1127 *et seq.*), federal false designation of origin law (15 U.S.C.

28

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

1  § 1125(a)), the Federal Trademark Dilution Act of 1995 (15 U.S.C. § 1125(c)), California statutory

2  trademark infringement law (Cal. Bus. and Prof. Code § 14335), the California Dilution Act (Cal. Bus.

3  and Prof. Code § 14330), California statutory unfair competition law (Cal. Bus. and Prof. Code

4  § 17200) and California common law doctrines of passing off and unfair competition.

5  I.    **JURISDICTION AND VENUE**

6      2.    This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C.

7  §§ 1331, 1332, 1338 and 1367.  Intel's claims are, in part, based on violations of the Lanham Act, as

8  amended, 15 U.S.C. §§ 1051-1127.  The Court has jurisdiction over the state law claims pursuant to 28

9  U.S.C. §§ 1332, 1338(b), and 1367.

10      3.    Venue lies in the Northern District of California pursuant to 28 U.S.C. § 1391(b) and

11  (c).  Intel is informed and believes that Defendant transacts business or has transacted business in this

12  District and may otherwise be found here, and a substantial part of the events, omissions, and injuries

13  giving rise to Intel's claims occurred in this District.

14  II.    **THE PARTIES**

15      4.    Plaintiff Intel is a Delaware corporation having its principal place of business at 2200

16  Mission College Boulevard, Santa Clara, California.  Intel develops, manufactures and sells a broad

17  spectrum of high-technology, state-of-the-art products, ranging from the bedrock "ingredients" of

18  computing architecture and personal computers, such as microprocessors, microchips, chip sets,

19  computer memory, circuit boards, computer systems, and software, to communications, networking,

20  and Internet related products.  Intel also uses its mark in connection with computer, communications

21  and Internet services.  Intel is widely recognized as a world leader in high-technology products and

22  services.  Intel's products and services are sold worldwide and throughout the United States, including

23  the Northern District of California.

24      5.    Defendant John Lehmann is an individual doing business as DrugIntel at 303 W.

25  Lancaster Ave., PMB 311, Wayne, PA 19087-3938.  Defendant provides biomedical consulting

26  services, litigation consulting services, newsletters and the custom design of web pages and sells

27  medical technology products under the name DRUGINTEL as evidenced by his web site located at

28  www.drugintel.com.

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

III.   **INTEL'S BUSINESS AND MARKS**

6.     Intel develops, manufactures and sells a variety of computing, communications, and Internet-related software and hardware products and related services.  Intel's customers and/or ultimate purchasers have included individual consumers, businesses, schools, computer manufacturers, industrial manufacturers, telecommunications equipment manufacturers, the government, the pharmaceutical industry, the biotech industry and the health care industry.

7.     For more than 30 years, Intel has used INTEL as a trade name, trademark and service mark throughout the United States and the world to identify virtually its entire line of products and services.  INTEL is one of the most valuable and respected names and trademarks in the world, and among the most famous names and trademarks in the technology industry.  Indeed, the Wall Street Journal has regularly recognized the INTEL mark as one of America's most valuable brand names.  As early as 1993, Financial World ranked the INTEL brand as third, behind Coca-Cola and Marlboro.  Similarly, from 1996 to the present, Fortune Magazine has annually celebrated Intel as one of the top ten "Most Admired Corporations in America" – an honor Intel has shared alongside such companies as General Electric, Microsoft and Coca-Cola.  In 2003, Business Week reported that the INTEL brand was ranked fifth in Interbrand's World's Most Valuable Brands Survey, with an estimated value of $31 billion.

8.     Intel uses INTEL as its "house mark" on or in connection with virtually every product and service it sells.  In 2003 alone, Intel sold over $30 billion of INTEL branded goods and services and, since its inception, Intel has sold over $275 billion of products and services under the INTEL name and mark.  In addition, Intel sells directly to the public, through its website at www.shopintel.com, a variety of non-technology related goods under its INTEL brand, including clothing, accessories, toys, stationary, luggage and traveling gear, watches, key rings, pens and pencils, mugs and water bottles.

9.   Intel is the owner of numerous U.S. trademark registrations for the mark INTEL, including the following:

a.   Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772 issued on June 15, 1971 and July 25, 1972, respectively, for the mark INTEL for use in connection with

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

-3-

1   integrated circuits, registers and semiconductor memories and equipment for the testing and

2   programming thereof.  These registrations, duly and legally issued by the United States Patent and

3   Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the

4   notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  Copies of these

5   registrations are attached hereto as Exhibits A and B.

6         b.   Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1,

7   1972 for the mark INTEL for use in connection with integrated circuits, registers, and semiconductor

8   memories.  This registration, duly and legally issued by the United States Patent and Trademark

9   Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

10  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

11  attached hereto as Exhibit C.

12        c.   Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October

13  14, 1975, for the mark INTEL for use in connection with microcomputers, microcontrollers, and

14  microprocessors.  This registration, duly and legally issued by the United States Patent and Trademark

15  Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

16  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

17  attached hereto as Exhibit D.

18        d.   Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7,

19  1998, for the mark INTEL for use in connection with, among other things, computer operating system

20  software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed

21  circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia

22  accelerators, video processors, computer hardware and software for the development, maintenance, and

23  use of interactive audio-video computer conference systems, and computer hardware and software for

24  the receipt, display and use of broadcast video, audio and data signals.  This registration, duly and

25  legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the

26  notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

27  registration is attached hereto as Exhibit E.

28

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

-4-

1        e.   Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on

2   April 24, 2001, for the mark INTEL for use in connection with, among other things, computers,

3   computer hardware, software for use in operating and maintaining computer systems, microprocessors,

4   integrated circuits, computer chipsets, computer motherboards, computer graphics boards, computer

5   networking hardware, computer peripherals, video apparatus, video circuit boards, apparatus and

6   equipment for recording, processing, receiving, reproducing, transmitting, modifying, compressing,

7   decompressing, broadcasting, merging and/or enhancing sound, video images, graphics, and data,

8   electronic control boxes for the interface and control of computer and global computer networks with

9   television and cable broadcast equipment, video conferencing equipment, computer programs for

10  recording, processing, receiving, reproducing, transmitting, modifying, compressing, decompressing,

11  broadcasting, merging, and/or enhancing sound, video, images, graphics, and data, and video

12  conferencing equipment.  This registration, duly and legally issued by the United States Patent and

13  Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL

14  mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit F.

15        f.   Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19,

16  2001, for the mark INTEL for use in connection with, among other things, digital cameras and PC

17  cameras, computer hardware and software for use in imaging and photographic applications; CD

18  ROMs for imaging and photographic applications, imaging sensors; interactive multimedia computer

19  game programs, and interactive video game programs.  This registration, duly and legally issued by the

20  United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

21  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

22  attached hereto as Exhibit G.

23        g.   Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25,

24  2002, for the mark INTEL for use in connection with, among other things, computer services including

25  computer web site design services, development of interactive web pages, development of local and

26  wide area computer networks, computer diagnostic services, provision of electronic information

27  services, electronic bulletin board services, computer hardware, installation and repair services and

28  education services in the field of computers.  This registration, duly and legally issued by the United

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

-5-

1   States Patent Office, is valid and subsisting. Intel uses the notice of registration "®," with its INTEL

2   mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit H.

3          h.   Intel is the owner of U.S. Trademark Registration No. 2,365,149, issued on July 4,

4   2000, for the mark INTEL for use in connection with financing services. This registration, duly and

5   legally issued by the United States Patent Office, is valid and subsisting. Intel uses the notice of

6   registration "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

7   attached hereto as Exhibit I.

8          i.   Intel is the owner of U.S. Trademark Registration No. 2,444,762, issued on

9   April 17, 2001, for the mark INTEL for use in connection with, among other things, leasing of

10  computer equipment, leasing of office furniture, and leasing of office equipment. This registration,

11  duly and legally issued by the United States Patent Office, is valid and subsisting. Intel uses the notice

12  of registration "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

13  attached hereto as Exhibit J.

14         j.   Intel is the owner of U.S. Trademark Registration No. 1,573,324, issued on

15  December 26, 1989, for the mark INTEL for use in connection with printed material, namely, technical

16  manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

17  technology and semiconductor devices. This registration, duly and legally issued by the United States

18  Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

19  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

20  of this registration is attached hereto as Exhibit K.

21         k.   Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on

22  October 13, 1992, for the mark INTEL for use in connection with metal key rings, watches, note paper,

23  note cards, posters, microprocessor chip die plot prints as art prints, pencils, ball point pens, ink pens

24  and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf

25  balls, golf tees and golf ball markers. This registration, duly and legally issued by the United States

26  Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

27  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

28  of this registration is attached hereto as Exhibit L.

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

-6-

1      l.    Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on

2  October 20, 1992, for the mark INTEL for use in connection with, among other things, sport bags, gym

3  bags and carry-on bags; towels, and clothing.  This registration, duly and legally issued by the United

4  States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C.

5  § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.

6  A copy of this registration is attached hereto as Exhibit M.

7      m.    Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on

8  October 6, 1998, for the mark INTEL for use in connection with printed materials, namely, books,

9  magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures about, for

10  use with and directed to users of, computer operating system software; computer operating programs;

11  computer system extensions; computer system tools; computer system utilities; computer application

12  software; computer firmware; computer hardware; computer peripherals; computer components;

13  integrated circuits; integrated circuit chips; semiconductor processors; semiconductor processor chips;

14  microprocessors; printed circuit boards; electronic circuit boards; computer memory devices;

15  semiconductor memory devices; video circuit boards; audio circuit boards; audio-video circuit boards;

16  video graphic accelerators; multimedia accelerators; video processors; fax/modems; computer

17  hardware and software for the transmission and receipt of facsimiles; computer hardware and software

18  for the development, maintenance, and use of local and wide area computer networks; computer

19  hardware and software for the development, maintenance, and use of interactive audio-video computer

20  conference systems; computer hardware and software for the receipt, display, and use of broadcast

21  video, audio, and digital data signals; and computer hardware and software for development, testing,

22  programming, and production of hardware and software.  This registration, duly and legally issued by

23  the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

24  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

25  attached hereto as Exhibit N.

26      n.    Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8,

27  1999, for the mark INTEL for use in connection with clocks, belt buckles, jewelry, charms, cuff links,

28  earrings, key chains, necklaces, bracelets, necktie fasteners, lapel pins, money clip pendants, piggy

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

1  banks, tie pins, trophies and watches. This registration, duly and legally issued by the United States

2  Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its

3  INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit O.

4          o.  Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8,

5  1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars,

6  tablets, note cards and playing cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils,

7  folders, paperweights, pen and pencil holders, photograph stands, rulers, erasers, markers, desk sets,

8  and desk organizers. This registration, duly and legally issued by the United States Patent and

9  Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL

10  mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit P.

11          p.  Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1,

12  1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs,

13  beach bags, duffel bags, fanny packs, and umbrellas. This registration, duly and legally issued by the

14  United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of

15  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

16  attached hereto as Exhibit Q.

17          q.  Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15,

18  1999, for the mark INTEL for use in connection with T-shirts, shirts, beachwear, loungewear,

19  sweaters, sweatshirts, sweat suits, coveralls, jackets, ties, headwear, cardigans, gym suits, hats, jogging

20  suits, neckties, polo shirts, scarves and infant rompers. This registration, duly and legally issued by the

21  United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of

22  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

23  attached hereto as Exhibit R.

24          r.  Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on July 13,

25  1999, for the mark INTEL for use in connection with toys, namely, stuffed toys, toys, plush toys, dolls,

26  bean bags, games, namely board games, stand alone video games, and Christmas tree ornaments. This

27  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

28

Case No.
Complaint for Damages and Injunctive Relief

1  subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

2  § 1111.  A copy of this registration is attached hereto as Exhibit S.

3          s.  Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on

4  September 7, 1999 for the mark INTEL for use in connection with mugs and sports bottles.  This

5  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

6  subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

7  § 1111.  A copy of this registration is attached hereto as Exhibit T.

8          10.  In addition to using INTEL as a trade name and a trademark, Intel also owns a family of

9  trademarks that incorporate INTEL as a prominent component of the mark.  For example, in late 1990

10  and early 1991, Intel developed and launched a cooperative advertising and licensing program referred

11  to as the "Intel Inside Program."  As part of this program, Intel adopted and began to use the

12  trademarks INTEL INSIDE and INTEL INSIDE & SWIRL Logo through licensees for products such

13  as personal desktop computers, laptop computers and workstations that actually include genuine Intel

14  microprocessors.  Among Intel's many thousands of OEM ("Original Equipment Manufacturers")

15  licensees worldwide are giants of the computer industry such as Dell, Gateway, Hewlett-Packard,

16  IBM, and Sony.  As early as 1992, Intel invested $50 million for advertising to support this very

17  successful licensing and cooperative advertising program.  Following upon the creation and launch of

18  the Intel Inside Program, in late 1992 and early 1993, was Intel's well-publicized launch of its famous

19  PENTIUM trademark which was supported by additional extensive advertising by Intel and its

20  licensees.  The INTEL and INTEL INSIDE trademarks were prominently associated with the launch of

21  the PENTIUM mark.  Since the Intel Inside program's launch, Intel's OEM licensees have advertised

22  and sold many billions of dollars worth of computer products bearing the INTEL INSIDE & SWIRL

23  Logo mark.  Intel itself has spent billions of dollars advertising the INTEL and INTEL INSIDE marks.

24  In fact, in 2003 alone, Intel's advertising expense was $1.8 billion.  Through extensive advertising and

25  promotion by Intel and its licensees, advertisements reflecting the INTEL and INTEL INSIDE marks

26  have created an estimated hundreds of billions of impressions.

27          11.  Intel is the owner of numerous U.S. trademark registrations for the mark INTEL

28  INSIDE, including the following:

HOWREY
SIMON
ARNOLD &
WHITE      Case No.
           Complaint for Damages and Injunctive Relief

1          a.   Intel is the owner of U.S. Registered Trademark No. 1,702,463, issued on July 21,

2   1992, for the INTEL INSIDE & SWIRL Logo for use in connection with microprocessors.  This

3   registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

4   subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®,"

5   with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111.  A copy of this

6   registration is attached hereto as Exhibit U.

7          b.   Intel is the owner of U.S. Trademark Registration No. 1,705,796, issued on August 4,

8   1992, for the mark INTEL INSIDE for use in connection with microprocessors.  This registration, duly

9   and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and

10  incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL

11  INSIDE mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit V.

12         c.   Intel is the owner of U.S. Registered Trademark No. 2,179,209, issued on August 4,

13  1998, for the INTEL INSIDE mark for use in connection with various computer related products,

14  including computer operating system software, computer operating programs, audio and video

15  graphics, computer firmware, computer hardware, integrated circuits, microprocessors, printed circuit

16  boards, computer memory devices, video circuit boards, audio-video circuit boards, video graphic

17  accelerators, video processors, computer hardware and software for the development, maintenance, and

18  use of local and wide area computer networks, computer hardware and software for the development,

19  maintenance, and use of interactive audio-video computer conference systems, and computer hardware

20  and software for the receipt, display, and use of broadcast video, audio, and digital data signals.  This

21  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

22  subsisting.  Intel uses the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark

23  pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit W.

24         d.   Intel is the owner of U.S. Registered Trademark No. 2,188,280 issued on September

25  8, 1998, for the INTEL INSIDE & SWIRL Logo for use in connection with computer products

26  including computer operating system software, computer operating programs, audio and video

27  graphics, computer hardware, integrated circuits, microprocessors, printed circuit boards, electronic

28  circuit boards, computer memory devices, video circuit boards, audio-video circuit boards, video

Case No.
Complaint for Damages and Injunctive Relief

1   graphic accelerators, multimedia accelerators, video processors, computer hardware and software for

2   the development, maintenance, and use of interactive audio-video computer conference systems, and

3   computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital

4   data signals. This registration, duly and legally issued by the United States Patent and Trademark

5   Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE &

6   SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as

7   Exhibit X.

8               e.   Intel is the owner of U.S. Trademark Registration No. 2,451,273, issued on May 15,

9   2001, for the INTEL INSIDE & SWIRL Logo for use in connection with products including computers,

10   computer hardware, software for use in operating and maintaining computer systems, microprocessors,

11   integrated circuits, computer peripherals and electronic apparatus for use with computers, video

12   apparatus, video circuit boards, apparatus and equipment for recording, processing, receiving,

13   reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging and/or

14   enhancing sound, video images, graphics, and data, and computer programs for recording processing,

15   receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging,

16   and/or enhancing sound, video, images, graphics, and data. This registration, duly and legally issued by

17   the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of

18   registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C. § 1111. A copy of

19   this registration is attached hereto as Exhibit Y.

20               f.   Intel is the owner of U.S. Trademark Registration No. 2,198,880 issued on

21   October 20, 1998, for the mark INTEL INSIDE for use in connection with printed materials, namely,

22   books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures

23   about, for use with, and directed to users of, computer operating system software; computer operating

24   programs; computer system extensions; computer system tools; computer system utilities; computer

25   application software; computer firmware; computer hardware; computer peripherals; computer

26   components; integrated circuits; integrated circuit chips; semiconductor processors; semiconductor

27   processor chips; microprocessors; printed circuit boards; electronic circuit boards; computer memory

28   devices; semiconductor memory devices; video circuit boards; audio circuit boards; audio-video circuit

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

1    boards; video graphic accelerators; multimedia accelerators; video processors; fax/modems; computer

2    hardware and software for the transmission and receipt of facsimiles; computer hardware and software

3    for the development, maintenance, and use of local and wide area computer networks; computer

4    hardware and software for the development, maintenance, and use of interactive audio-video computer

5    conference systems; computer hardware and software for the receipt, display, and use of broadcast

6    video, audio, and digital data signals; and computer hardware and software for development, testing,

7    programming, and production of hardware and software. This registration, duly and legally issued by

8    the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of

9    registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this

10   registration is attached hereto as Exhibit Z.

11           g.   Intel is the owner of U.S. Trademark Registration No. 2,250,492 issued on June 1,

12   1999, for the mark INTEL INSIDE for use in connection with travel bags, luggage, school bags, back

13   packs, beach bags, duffel bags, and fanny packs. This registration, duly and legally issued by the

14   United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of

15   registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111. A copy of this

16   registration is attached hereto as Exhibit AA.

17           h.   Intel is the owner of U.S. Trademark Registration No. 2,261,580 issued on July 13,

18   1999, for the mark INTEL INSIDE for use in connection with toys, namely, stuffed toys, plush toys,

19   dolls, bean bags, games, namely, board games, stand alone video games, and Christmas ornaments.

20   This registration, duly and legally issued by the United States Patent and Trademark Office, is valid

21   and subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15

22   U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit BB.

23           i.   Intel is the owner of U.S. Trademark Registration No. 2,256,061 issued on June 22,

24   1999, for the mark INTEL INSIDE for use in connection with mugs and sports bottles. This

25   registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

26   subsisting. Intel uses the notice of registration, "®," with its INTEL INSIDE mark pursuant to 15

27   U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit CC.

28

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

1    j. Intel is the owner of U.S. Trademark Registration No. 2,252,046 issued on June 8,

2 1999, for the mark INTEL INSIDE for use in connection with T-shirts, shirts, beachwear, loungewear,

3 sweatshirts, sweat suits, coveralls, jackets, ties, headwear, cardigans, gym suits, hats, jogging suits,

4 neckties, polo shirts and infant rompers.  This registration, duly and legally issued by the United States

5 Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its

6 INTEL INSIDE mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as

7 Exhibit DD.

8    k. Intel is the owner of U.S. Trademark Registration No. 2,289,657 issued on

9 October 26, 1999, for the mark INTEL INSIDE for use in connection with binders, boxes for pens,

10 tablets, note cards and playing cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils,

11 folders, photograph stands, rulers, and markers.  This registration, duly and legally issued by the

12 United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of

13 registration, "®," with its INTEL INSIDE mark pursuant to 15 U.S.C. § 1111.  A copy of this

14 registration is attached hereto as Exhibit EE.

15    l. Intel is the owner of U.S. Trademark Registration No. 2,289,658 issued on

16 October 26, 1999, for the mark INTEL INSIDE for use in connection with clocks, jewelry, charms,

17 cuff links, earrings, key chains, necklaces, bracelets, necktie fasteners, lapel pins, money clips,

18 pendants, tie slides and watches.  This registration, duly and legally issued by the United States Patent

19 and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its

20 INTEL INSIDE mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as

21 Exhibit FF.

22    m. Intel is the owner of U.S. Trademark Registration No. 2,547,565 issued on March

23 12, 2002, for the mark INTEL INSIDE & SWIRL Logo for use in connection with computer-related

24 and communications-related services, namely, support and consulting services for computer-related

25 and communications-related goods; providing information in the field of computer technology via the

26 global computer network; providing on-line publications, namely, books, brochures, white papers,

27 catalogs and pamphlets in the fields of computer and information technology; designing and

28 developing standards for others in the design and implementation of computer software, computer

HOWREY
SIMON
ARNOLD &
WHITE
Case No.
Complaint for Damages and Injunctive Relief

1  hardware and telecommunications equipment; computer software, computer hardware and network

2  design services.  This registration, duly and legally issued by the United States Patent and Trademark

3  Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL INSIDE &

4  SWIRL Logo mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as

5  Exhibit GG.

6         n.   Intel is the owner of U.S. Trademark Registration No. 2,194,122 issued on October

7  6, 1998, for the mark INTEL INSIDE & SWIRL Logo for use in connection with printed materials,

8  namely, books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and

9  brochures about, for use with and directed to users of, computer operating system software; computer

10  operating programs; computer system extensions; computer system tools; computer system utilities;

11  computer application software; computer firmware; computer hardware; computer peripherals;

12  computer components; integrated circuits; integrated circuit chips; semiconductor processors;

13  semiconductor processor chips; microprocessors; printed circuit boards; electronic circuit boards;

14  computer memory devices; semiconductor memory devices; video circuit boards; audio circuit boards;

15  audio-video circuit boards; video graphic accelerators; multimedia accelerators; video processors;

16  fax/modems; computer hardware and software for the transmission and receipt of facsimiles; computer

17  hardware and software for the development, maintenance, and use of local and wide area computer

18  networks; computer hardware and software for the development, maintenance, and use of interactive

19  audio-video computer conference systems; computer hardware and software for the receipt, display,

20  and use of broadcast video, audio, and digital data signals; and computer hardware and software for

21  development, testing, programming, and production of hardware and software.  This registration, duly

22  and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses

23  the notice of registration, "®," with its INTEL INSIDE & SWIRL Logo mark pursuant to 15 U.S.C.

24  § 1111.  A copy of this registration is attached hereto as Exhibit HH.

25         12.   Intel owns many other trademark registrations for its family of INTEL-based marks.

26  These include:  INTEL TEAMSTATION, INTEL STRATAFLASH, INTEL SPEEDSTEP, INTEL

27  XEON, INTEL INSIDE XEON, INTEL INSIDE PENTIUM III & DESIGN, INTEL XSCALE,

28

-14-

1   INTEL NETBURST, and INTEL NETMERGE. Copies of these registrations or evidence thereof are

2   attached hereto as Exhibits II through QQ.

3         13.   Further, Intel currently has several pending applications to federally register trademarks

4   containing the mark INTEL. These trademarks are INTEL NETSTRUCTURE, INTEL CENTRINO,

5   INTEL INSIDE CENTRINO and INTEL INSIDE CENTRINO & DESIGN.

6         14.   Intel is the owner of several California state trademark registrations for the mark INTEL

7   including the following:

8         a.   Intel is the owner of California State Registered Trademark No. 63565 issued on

9   May 15, 1981 for the INTEL mark for use in connection with integrated circuits, registers and

10   semiconductor memories, and test and programming equipment for such products. This registration,

11   duly and legally issued by the State of California, is valid and subsisting. A copy of this registration is

12   attached hereto as Exhibit RR.

13         b.   Intel is the owner of California State Registered Trademark No. 94221 issued on

14   June 18, 1991 for the INTEL mark for use in connection with integrated circuits, registers and

15   semiconductor memories. This registration, duly and legally issued by the State of California, is valid

16   and subsisting. A copy of this registration is attached hereto as Exhibit SS.

17         c.   Intel is the owner of California State Registered Trademark No. 94220 issued on

18   June 18, 1991 for the INTEL mark for use in connection with printed material, namely technical

19   manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

20   technology and semiconductor devices. This registration, duly and legally issued by the State of

21   California, is valid and subsisting. A copy of this registration is attached hereto as Exhibit TT.

22         15.   Through its extensive use of the INTEL mark and trade name, Intel also owns common

23   law trademark rights in its INTEL trademark and trade name for all of the goods and services and

24   activities identified herein.

25         16.   Intel maintains an Internet site on the World Wide Web at the address

26   http://www.intel.com. Intel has used its trade name and trademark as an Internet address in order to

27   make it easy for customers to locate Intel's web site, and to identify that the web site is owned by Intel.

28   Intel's web site features the INTEL mark, INTEL INSIDE mark, INTEL INSIDE & SWIRL Logo

HOWREY
SIMON
ARNOLD &
WHITE   Case No.
Complaint for Damages and Injunctive Relief

1 mark and Intel's many other INTEL composite marks. The Intel web site receives millions of "hits"

2 per week.

3       17.    As a consequence of the extensive sales under, and advertising, promotion, and use of

4 the INTEL and INTEL composite marks, Intel has developed enormous recognition for its computer

5 products and services under the INTEL mark and has acquired and enjoys an immensely valuable

6 reputation and tremendous goodwill under the mark. The INTEL mark is world renowned, and is a

7 "famous" mark for purposes of 15 U.S.C. § 1125(c)(1).

8 IV.    **DEFENDANT'S BUSINESS**

9       18.    Intel is informed and believes that Defendant provides biomedical and pharmaceutical

10 consulting, litigation consulting, newsletters and the custom design of web pages and sells medical

11 technology products under the name and mark DRUGINTEL as evidenced by the web site located at

12 www.drugintel.com.

13       19.    Defendant's DRUGINTEL mark and name depicted below clearly distinguishes and

14 highlights the INTEL portion of the mark apart from the DRUG portion of the mark. The mark is

15 presented as "DrugIntel," with a capital "D" in "Drug" and "I" in "Intel" stressing that the mark is

16 merely the combination of the world-famous mark INTEL and the generic element "DRUG."

17 Moreover, the use of separate colors to highlight the discernible elements "Drug" and "Intel" in

18 Defendant's DRUGINTEL mark further emphasizes the use of the famous INTEL mark

19

20 

21

22       20.    Defendant's use of the trade name and mark DRUGINTEL and the www.drugintel.com

23 web site has caused and is likely to continue to cause confusion as to whether Defendant's services

24 originate from or are sponsored by Intel, or whether there is an association between Defendant and

25 Intel. Defendant's acts also are diluting and likely to dilute the INTEL trademark by whittling away its

26 unique source identifying quality. Despite Intel's numerous attempts to explain its position and

27 amicably resolve the dispute, Defendant has persisted in using the DRUGINTEL name and has refused

28 to voluntarily change it, leaving Intel no choice but to file this Complaint.

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

-16-

**FIRST CAUSE OF ACTION**
**TRADEMARK INFRINGEMENT**
**(15 U.S.C. § 1114)**

21.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 20 of this Complaint.

22.     Defendant either had actual notice and knowledge, or had constructive notice, of Intel's ownership and registrations of the INTEL mark pursuant to 15 U.S.C. § 1072 prior to Defendant's adoption and use of the DRUGINTEL mark, trade name and domain name.

23.     Upon information and belief, Defendant was aware of Intel's business and its INTEL mark and registrations prior to the adoption and use of the DRUGINTEL mark, trade name and domain name in connection with the advertising, marketing, distribution, or sale of Defendant's services under the DRUGINTEL mark.

24.     Upon information and belief, Defendant deliberately and willfully used and is using the DRUGINTEL mark in connection with the advertising, marketing, distribution, or sale of Defendant's services in an attempt to trade on the enormous goodwill, reputation, and selling power established by Intel under the INTEL mark.

25.     Upon information and belief, Defendant has marketed or advertised services, or caused to be marketed or advertised, services under the DRUGINTEL mark, trade name and domain name in interstate commerce.

26.     Upon information and belief, the services advertised, marketed, distributed, or sold by Defendant under the DRUGINTEL mark, trade name and domain name are moving and will continue to move through the same channels of trade, and are being marketed or advertised and will continue to be marketed or advertised through the same channels of marketing or advertising, and to the same consumers, as Intel's goods and services that are sold and promoted under the INTEL and INTEL composite marks.

27.     Intel has not consented to Defendant's use of the DRUGINTEL mark, trade name and domain name.

28.     Defendant's unauthorized use of the DRUGINTEL mark, trade name and domain name falsely indicates to consumers that Defendant's services are in some manner connected with, sponsored

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

1  by, affiliated with, or related to Intel, Intel's licensees, and the products and services of Intel and

2  Intel's licensees.

3      29.   Defendant's unauthorized use of the DRUGINTEL mark, trade name and domain name

4  also causes consumers to be confused as to the source, nature and quality of the services that

5  Defendant is promoting or selling.

6      30.   Defendant's unauthorized use of the DRUGINTEL mark, trade name and domain name

7  in connection with the advertising, marketing, distribution, or sale of its services allows, and will

8  continue to allow, Defendant to receive the benefit of the goodwill established at great labor and

9  expense by Intel and to gain acceptance of Defendant's services, not based on the merits of those

10  services, but on Intel's reputation and goodwill.

11      31.   Defendant's unauthorized use of the DRUGINTEL mark, trade name and domain name

12  in connection with the advertising, marketing, distribution, or sale of its services deprives Intel of the

13  ability to control the consumer perception of the quality of the goods and services marketed under the

14  INTEL mark, and places Intel's valuable reputation and goodwill in the hands of Defendant, over

15  whom Intel has no control.

16      32.   The aforementioned activities of Defendant have caused confusion and are likely to

17  cause further confusion, or to cause mistake, or to deceive consumers or potential consumers wishing

18  to purchase Intel's products and services.

19      33.   The aforementioned acts of Defendant constitute federal trademark infringement in

20  violation of 15 U.S.C. § 1114.

21      34.   The intentional nature of the aforementioned acts of Defendant makes this an

22  exceptional case pursuant to 15 U.S.C. § 1117(a).

23      35.   Intel has been, is now, and will be irreparably injured and damaged by Defendant's

24  trademark infringement insofar as the public has been and/or is deceived into believing that the

25  services marketed by Defendant are connected with, sponsored by, affiliated with, or related to Intel.

26      36.   Defendant's conduct has damaged Intel and will, unless enjoined by the Court, further

27  impair the value of Intel's name, reputation, and goodwill.  This harm constitutes an injury for which

28  Intel has no adequate remedy at law.

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

**SECOND CAUSE OF ACTION**
**FALSE DESIGNATION OF ORIGIN**
**(15 U.S.C. § 1125(a))**

37.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 36 of this Complaint.

38.     Defendant's unauthorized use of the DRUGINTEL mark, trade name and domain name in connection with the advertising, marketing, distribution, or sale of its services falsely suggests that these services are connected with, sponsored by, affiliated with, or related to Intel.

39.     Defendant's unauthorized use of the DRUGINTEL mark, trade name and domain name constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

40.     The intentional nature of the aforementioned acts of Defendant makes this an exceptional case pursuant to 15 U.S.C. § 1117(a).

41.     Intel has been, is now, and will likely be irreparably injured and damaged by Defendant's false designation of origin and/or false description insofar as the public has been and/or is induced to believe that Defendant's services are connected with, sponsored by, affiliated with, or related to Intel.

42.     Defendant's conduct has damaged Intel and will, unless enjoined by the Court, further impair the value of Intel's name, reputation, and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

**THIRD CAUSE OF ACTION**
**FEDERAL TRADEMARK DILUTION**
**(15 U.S.C. § 1125(c))**

43.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 42 of this Complaint.

44.     The INTEL mark is world-renowned.  It is a famous mark that is widely recognized by consumers, businesses and industry, and that identifies the products and services of Intel in the minds of consumers.  Defendant's unauthorized use of the DRUGINTEL mark, trade name and domain name began after Intel's mark had become famous.

45.     Defendant's unauthorized use of the DRUGINTEL mark, trade name and domain name in connection with the promotion, distribution or sale of its services dilutes, and will continue to dilute,

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

1   the strength of the INTEL mark, which consumers, businesses and industry now associate with Intel

2   and its products and services.

3       46.    Defendant's unauthorized use of the DRUGINTEL mark, trade name and domain name

4   has, and will continue to have, an adverse effect upon the value and distinctive quality of the INTEL

5   mark. Defendant's acts blur and whittle away at the distinctiveness and identity-evoking quality of the

6   INTEL mark.

7       47.    Defendant's acts dilute the value of Intel's goodwill in connection with the INTEL

8   mark and destroy the exclusive association between Intel and its INTEL and INTEL composite marks.

9       48.    Defendant's acts constitute trademark dilution in violation of 15 U.S.C. § 1125(c).

10      49.    The intentional nature of Defendant's aforementioned acts makes this an exceptional

11  case pursuant to 15 U.S.C. § 1125(c)(2) and 15 U.S.C. § 1117(a).

12      50.    The aforementioned acts of trademark dilution have caused, and are causing, irreparable

13  injury to Intel. Unless enjoined by this Court, Defendant will continue to dilute the value of the

14  INTEL mark, causing further irreparable injury to Intel for which there is no adequate remedy at law.

15                          **FOURTH CAUSE OF ACTION**
                      **INFRINGEMENT UNDER CALIFORNIA LAW**
16                          **(CAL. BUS. & PROF. CODE § 14335)**

17      51.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs

18  1 through 50 of this Complaint.

19      52.    Defendant's acts described above constitute trademark infringement in violation of

20  California Business and Professional Code § 14335, as they are likely to deceive the public.

21      53.    Defendant's acts of trademark infringement have caused and will continue to cause Intel

22  irreparable harm. Intel has no adequate remedy at law for Defendant's trademark infringement.

23      54.    Intel is entitled to a judgment enjoining and restraining Defendant from engaging in

24  further infringement.

25                          **FIFTH CAUSE OF ACTION**
                      **DILUTION UNDER CALIFORNIA LAW**
26                          **(CAL. BUS. & PROF. CODE § 14330)**

27      55.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1

28  through 54 of this Complaint.

HOWREY
SIMON     Case No.
ARNOLD &  Complaint for Damages and Injunctive Relief
WHITE

1   56.   Intel owns and has used the term INTEL as a distinctive trade name and as a trademark

2   throughout the United States and the world in connection with a wide variety of goods and services for

3   more than 30 years.  The INTEL mark and name are valid under common law.  In fact, by reason of

4   Intel's longstanding and extensive use of its distinctive INTEL mark on a wide variety of products and

5   services, the widespread public identification of that mark with Intel's products and services, and the

6   success of the INTEL brand products and services in the marketplace, the INTEL mark is exceedingly

7   well-known and famous.

8   57.   Defendant's unauthorized use of the DRUGINTEL mark, trade name and domain name

9   has diluted, and/or is likely to dilute, the distinctive quality of the INTEL mark and trade name in

10   violation of California Business & Professional Code § 14330.

11   58.   Defendant willfully intended to trade on Intel's image and reputation and to dilute the

12   INTEL mark, acted with reason to know, or was willfully blind as to the consequences of its actions.

13   59.   Defendant's wrongful acts have caused and will continue to cause Intel irreparable

14   harm.  Intel has no adequate remedy at law for Defendant's dilution.

15   60.   Intel is entitled to a judgment enjoining and restraining Defendant from engaging in

16   further acts of dilution pursuant to California Business & Professional Code § 14330 et seq.

17
**SIXTH CAUSE OF ACTION**
**UNFAIR COMPETITION**
18
**(CAL. BUS. & PROF. CODE § 17200)**

19   61.   Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1

20   through 60 of this Complaint.

21   62.   Defendant's acts described above constitute unfair competition in violation of

22   California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

23   63.   Defendant's acts of unfair competition have caused and will continue to cause Intel

24   irreparable harm.  Intel has no adequate remedy at law for Defendant's unfair competition.

25   64.   Intel is entitled to a judgment enjoining and restraining Defendant from engaging in

26   further unfair competition.

27

28

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

## SEVENTH CAUSE OF ACTION
## COMMON LAW PASSING OFF AND UNFAIR COMPETITION

65.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 64 of this Complaint.

66.    Intel owns and has used the term INTEL as a distinctive trade name and trademark throughout the United States and the world in connection with a wide variety of goods and services for more than 30 years.  The INTEL mark and name are valid trademarks under state common law.

67.    Defendant's unauthorized use of the DRUGINTEL mark, trade name and domain name constitutes infringement and unfair competition of the INTEL mark in violation of the common law of California.

68.    Defendant's wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law.

69.    Intel is entitled to a judgment enjoining and restraining Defendant from engaging in further acts of infringement and unfair competition.

## PRAYER FOR RELIEF

WHEREFORE, Intel prays for relief as follows:

1.    A judgment, pursuant to 28 U.S.C. § 2201, declaring that Defendant and all other persons, firms or corporations in active concert or participation with him, be enjoined and restrained from (1) using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, the DRUGINTEL mark, trade name and domain name; (2) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between Defendant and Intel; and (3) committing any of the acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

1    2.    A judgment ordering Defendant, pursuant to 15 U.S.C. § 1116(a), to file with this Court

2 and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath

3 setting forth in detail the manner and form in which Defendant has complied with the injunction,

4 removed all sales of services under the DRUGINTEL mark and name from his web site at

5 www.drugintel.com and implemented adequate and effective means to discontinue sales of services

6 under the DRUGINTEL mark;

7    3.    A judgment ordering Defendant, pursuant to 15 U.S.C. § 1118, to deliver up for

8 destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing

9 matter, all articles, packages, wrappers, products, displays, labels, signs, circulars, kits, packaging,

10 letterheads, business cards, advertisements, promotional items, literature, sales aids, receptacles or

11 other matter in the possession, custody, or under the control of Defendant or his agents bearing the

12 trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of

13 this mark, including without limitation the DRUGINTEL mark and trade name, both alone and in

14 combination with other words or terms, including the www.drugintel.com domain name and all plates,

15 molds, matrices, and other means of making the same;

16    4.    A judgment that Defendant account for and disgorge to Intel all of the profits realized

17 by Defendant, or others acting in concert or participating with Defendant, resulting from Defendant's

18 acts of trademark infringement, false designation of origin, trademark dilution, and unfair competition,

19 all relating to Defendant's use of the DRUGINTEL mark, trade name and domain name;

20    5.    A judgment, as to all Counts, awarding compensatory and punitive damages suffered

21 plus interest, in an amount to be determined;

22    6.    A judgment that Intel be awarded three times Defendant's profits from its use of the

23 DRUGINTEL mark, or three times Intel's damages, whichever is greater, together with its reasonable

24 attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b);

25    7.    A judgment that Intel recover the costs of this action plus interest;

26 / / /

27

28

1        8.    A judgment that Intel be granted such other and further relief as the Court deems just

2    and proper.

3    Dated:  April 2, 2004

                                           Respectfully submitted,

4                                               HOWREY SIMON ARNOLD & WHITE, LLP

5

6                                 By:  _____

7                                              Robert N. Phillips

8                                    Attorneys for Plaintiff
                                INTEL CORPORATION

9

10                                   Robert N. Phillips
                                Erica J. Heibel

11                                   HOWREY SIMON ARNOLD & WHITE, LLP
                                301 Ravenswood Avenue

12                                   Menlo Park, California 94025-3434

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY
SIMON
ARNOLD &
WHITE

Case No.
Complaint for Damages and Injunctive Relief

Int. Cl.: 9

Prior U.S. Cl.: 21

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 914,978
Registered June 15, 1971
Renewal Approved May 15, 1991

## TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS, AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-325,488, FILED 4-24-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 25, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

## Exhibit A

# United States Patent Office

**938,772**
Registered July 25, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 384,319, filed Feb. 19, 1971

## INTEL

Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif.   94040

For: EQUIPMENT FOR THE TESTING AND PRO-
GRAMMING OF INTEGRATED CIRCUITS, REGIS-
TERS AND SEMICONDUCTOR MEMORIES, in
CLASS 26 (INT. CL. 9).
   First use Jan. 15, 1971; in commerce Jan. 15, 1971.

E. W. BROWNE, Examiner

**Exhibit B**

Int. Cl.: 9

Prior U.S. Cl.: 21

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 939,641
Registered Aug. 1, 1972
Renewal Term Begins Aug. 1, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-384,320, FILED 2-19-1971.

## Exhibit C

Int. Cl.: 9

Prior U.S. Cl.: 21, 26

## United States Patent Office

Reg. No. 1,022,563
Registered Oct. 14, 1975

### TRADEMARK
Principal Register

## INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif.   95051

For: MICROCOMPUTERS, MICROCONTROLLERS
AND MICROPROCESSORS, in CLASS 9 (U.S. CLS.
21 and 26).
First use July 6, 1971; in commerce July 6, 1971.
Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

**Exhibit D**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,171,778
Registered July 7, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950521119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-

VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 7-6-1971; IN COMMERCE
7-6-1971.

OWNER OF U.S. REG. NOS. 938,772, 9,149,978,
AND OTHERS.

SN 75-160,106, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

**Exhibit E**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,446,693

## United States Patent and Trademark Office

Registered Apr. 24, 2001

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SOFTWARE FOR USE IN OPERATING AND MAIN-
TAINING COMPUTER SYSTEMS; SEMICONDUC-
TORS; MICROPROCESSORS; INTEGRATED
CIRCUITS; MICROCOMPUTERS; COMPUTER
CHIPSETS; COMPUTER MOTHERBOARDS AND
DAUGHTERBOARDS; COMPUTER GRAPHICS
BOARDS; COMPUTER NETWORKING HARD-
WARE; COMPUTER NETWORK ADAPTORS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS AND ELECTRONIC APPARATUS
FOR USE WITH COMPUTERS; KEYBOARDS;
TRACKBALLS; COMPUTER MOUSE DEVICES;
COMPUTER INPUT DEVICES; COMPUTER MONI-
TORS; VIDEO APPARATUS; VIDEO CIRCUIT
BOARDS; APPARATUS AND EQUIPMENT FOR
RECORDING, PROCESSING, RECEIVING, REPRO-
DUCING, TRANSMITTING, MODIFYING, COM-
PRESSING, DECOMPRESSING, BROADCASTING,
MERGING AND/OR ENHANCING SOUND, VIDEO,
IMAGES, GRAPHICS, AND DATA; ALGORITHM
SOFTWARE PROGRAMS FOR THE OPERATION
AND CONTROL OF COMPUTERS; COMPUTER
COMPONENT TESTING AND CALIBRATING
ELECTRONIC UNITS; SET-TOP BOXES, NAMELY,
ELECTRONIC CONTROL BOXES FOR THE INTER-
FACE AND CONTROL OF COMPUTER AND GLO-
BAL COMPUTER NETWORKS WITH TELEVISION
AND CABLE BROADCAST EQUIPMENT, TELE-
CONFERENCING EQUIPMENT, AND VIDEO CON-

FERENCING EQUIPMENT, COMPUTER
PROGRAMS FOR NETWORK MANAGEMENT;
COMPUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING REPRODUCING, TRANSMITTING, MOD-
IFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND/OR ENHAN-
CING SOUND, VIDEO, IMAGES, GRAPHICS, AND
DATA; COMPUTER PROGRAMS FOR WEB PAGE
DESIGN; COMPUTER PROGRAMS FOR ACCES-
SING AND USING THE GLOBAL COMPUTER NET-
WORK; TELECOMMUNICATIONS APPARATUS
AND INSTRUMENTS; APPARATUS AND EQUIP-
MENT FOR USE IN VIDEO-CONFERENCING, TEL-
ECONFERENCING, DOCUMENT EXCHANGE
AND EDITING; CAMERAS AND DIGITAL CAM-
ERAS FOR USE WITH COMPUTERS; HEADSETS
FOR USE WITH COMPUTERS, COMPUTER SOFT-
WARE, TELECONFERENCING EQUIPMENT AND
VIDEO CONFERENCING EQUIPMENT; PARTS,
FITTINGS, AND TESTING APPARATUS FOR ALL
THE AFORESAID GOODS; AND USER MANUALS
FOR USE WITH, AND SOLD AS A UNIT WITH, ALL
THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,493, FILED 12-3 1-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

**Exhibit F**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,462,327

## United States Patent and Trademark Office

Registered June 19, 2001

## TRADEMARK
## PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY,
DIGITAL CAMERAS AND PC CAMERAS; COMPU-
TER HARDWARE FOR USE IN IMAGING AND
PHOTOGRAPHIC APPLICATIONS; COMPUTER
SOFTWARE FOR USE IN IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND
CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; PHOTO DISCS, NAMELY, CD
ROMS FOR USE IN STORING PHOTOGRAPHIC
IMAGES; CD ROMS FOR IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND

CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; IMAGING SENSORS;
INTERACTIVE MULTIMEDIA COMPUTER GAME
PROGRAMS; INTERACTIVE VIDEO GAME PRO-
GRAMS; INTERACTIVE VIDEO GAMES OF VIR-
TUAL REALITY COMPRISED OF COMPUTER
HARDWARE AND SOFTWARE, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY

**Exhibit G**

Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

Reg. No. 2,585,551

## United States Patent and Trademark Office

Registered June 25, 2002

### SERVICE MARK
#### PRINCIPAL REGISTER

### INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052-8119

FOR: COMPUTER HARDWARE INSTALLATION
AND REPAIR SERVICES; MAINTENANCE OF
HARDWARE FOR LOCAL AND WIDE AREA COM-
PUTER NETWORKS; MAINTENANCE OF HARD-
WARE FOR INTERACTIVE AUDIO-VIDEO
COMPUTER CONFERENCE SYSTEMS; MAINTE-
NANCE FOR HARDWARE FOR RECEIPT, DIS-
PLAY AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; MAINTENANCE
OF HARDWARE FOR INTERACTIVE AND NON-
INTERACTIVE WEB PAGES FOR THE GLOBAL
COMPUTER NETWORK FOR OTHERS, IN CLASS
37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ARRANGING AND CON-
DUCTING EDUCATIONAL CONFERENCES AND
SEMINARS IN THE FIELDS OF COMPUTERS,
TELECOMMUNICATIONS, AND COMPUTER NET-
WORKING, AND DISTRIBUTING COURSE MATE-
RIALS IN CONNECTION THEREWITH;
DEVELOPMENT, PUBLISHING AND DISSEMINA-
TION OF EDUCATIONAL MATERIALS IN THE
FIELDS OF COMPUTERS, TELECOMMUNICA-
TIONS AND COMPUTER NETWORKING FOR
OTHERS; INTERACTIVE AND NON-INTERACTIVE
COMPUTER EDUCATION TRAINING SERVICES;
PROVIDING INFORMATION VIA GLOBAL COM-
PUTER NETWORK IN THE FIELDS OF EDUCA-
TION AND ENTERTAINMENT; PROVISION OF
INTERACTIVE AND NON-INTERACTIVE ELEC-
TRONIC INFORMATION SERVICES IN THE
FIELDS OF EDUCATION AND ENTERTAINMENT,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER DIAGNOSTIC SERVICES; MAINTENANCE
AND UPDATING OF COMPUTER SOFTWARE;
PROVIDING OTHERS WITH ACCESS TO INTER-
ACTIVE AND NON-INTERACTIVE BROADCAST
VIDEO, AUDIO AND DIGITAL DATA SIGNALS;
PROVISION OF INTERACTIVE AND NON-INTER-
ACTIVE ELECTRONIC INFORMATION SERVICES
ON A WIDE VARIETY OF TOPICS; DEVELOPMENT
OF LOCAL AND WIDE AREA COMPUTER NET-
WORKS FOR OTHERS; DEVELOPMENT OF
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS FOR OTHERS; DEVELOPMENT OF COMPU-
TER HARDWARE AND SOFTWARE FOR THE
RECEIPT, DISPLAY AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIGNALS
FOR OTHERS; LEASING ACCESS TIME TO COM-
PUTER DATA BASES IN THE NATURE OF COM-
PUTER BULLETIN BOARDS IN A WIDE VARIETY
OF FIELDS; COMPUTER WEB SITE DESIGN SER-
VICES; COMPUTER SOFTWARE DESIGN FOR
OTHERS; DEVELOPMENT OF INTERACTIVE
AND NON-INTERACTIVE WEB PAGES FOR THE
GLOBAL COMPUTER NETWORK FOR OTHERS;
COMPUTER PROGRAMMING SERVICES; PROVID-
ING ON-LINE NEWSPAPERS, MAGAZINES, IN-
STRUCTIONAL MANUALS IN THE FIELDS OF
TECHNOLOGY, ENTERTAINMENT, EDUCATION
AND BUSINESS; DEVELOPMENT, MAINTE-
NANCE, AND PROVISION OF INTERACTIVE
AND NON-INTERACTIVE ELECTRONIC BULLE-
TIN BOARDS SERVICES IN THE FIELDS OF EN-
TERTAINMENT AND EDUCATION, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## Exhibit H

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,365,149

Registered July 4, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

   FOR: FINANCING SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 6–0–1998; IN COMMERCE 6–0–1998.
OWNER OF U.S. REG. NOS. 938,772, 1,725,692,
AND OTHERS.

   SN 75–507,332, FILED 6–23–1998.

SOPHIA S. KIM, EXAMINING ATTORNEY

**Exhibit I**

Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,444,762

**United States Patent and Trademark Office**   Registered Apr. 17, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: LEASING OF OFFICE EQUIPMENT, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-0-1998; IN COMMERCE 6-0-1998.

FOR: LEASING OF COMPUTER EQUIPMENT,
NAMELY, COMPUTERS, COMPUTER HARD-
WARE, PERIPHERALS, COMPUTER COMPO-

NENTS, COMPUTER SOFTWARE, COMPUTER
PRINTERS, AND LEASING OF OFFICE FURNI-
TURE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-0-1998; IN COMMERCE 6-0-1998.

OWNER OF U.S. REG. NOS. 938,722, 1,725,692,
AND OTHERS.

SN 75-507,442, FILED 6-23-1998.

PAUL F. GAST, EXAMINING ATTORNEY

**Exhibit J**

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,573,324
Registered Dec. 26, 1989

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (CALIFORNIA CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: PRINTED MATERIAL, NAMELY,
TECHNICAL MANUALS, PAMPHLETS, USER
AND PRODUCT MANUALS, ALL OF WHICH
RELATE TO THE FIELD OF INFORMATION

AND DATA TECHNOLOGY AND SEMICON-
DUCTOR DEVICES, IN CLASS 16 (U.S. CL. 38).
FIRST USE 8-1-1971; IN COMMERCE
8-1-1971.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563
AND OTHERS.

SER. NO. 73-794,951, FILED 4-21-1989.

HENRY S. ZAK, EXAMINING ATTORNEY

**Exhibit K**

Int. Cls.: 6, 14, 16, 20, 21 and 28

Prior U.S. Cls.: 2, 13, 22, 25, 27, 37, 38 and 44

## United States Patent and Trademark Office

Reg. No. 1,723,243
Registered Oct. 13, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10-16-1990; IN COMMERCE
10-16-1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10-15-1990; IN COMMERCE
10-15-1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP. DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10-22-1990; IN COMMERCE
10-22-1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10-19-1990; IN COMMERCE
10-19-1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9-27-1990; IN COMMERCE
9-27-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,623, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

**Exhibit L**

Int. Cls.: 18, 2   nd 2

Prior U.S. Cls.: 3, 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,725,692
Registered Oct. 20, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10-12-1990; IN COMMERCE
10-12-1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10-27-1990; IN COMMERCE
10-27-1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO: 74-225,506, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

**Exhibit M**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,194,121
Registered Oct. 6, 1998

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY, BOOKS, MAGAZINES, NEWSLETTERS, JOURNALS, OPERATING MANUALS, USERS GUIDES, PAMPHLETS, AND BROCHURES ABOUT, FOR USE WITH AND DIRECTED TO USERS OF, COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS; COMPUTER SYSTEM TOOLS; COMPUTER SYSTEM UTILITIES; COMPUTER APPLICATION SOFTWARE; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; COMPUTER COMPONENTS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS; AND COMPUTER HARDWARE AND SOFTWARE FOR DEVELOPMENT, TESTING, PROGRAMMING, AND PRODUCTION OF HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-0-1969; IN COMMERCE 3-0-1969.

OWNER OF U.S. REG. NOS. 1,573,324, 1,723,243, AND OTHERS.

SN 75-160,105, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## Exhibit N

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

## United States Patent and Trademark Office

Reg. No. 2,251,962
Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY
CHAINS, NECKLACES, BRACELETS, NECK-
TIE FASTENERS, LAPEL PINS, MONEY CLIP,

PENDANTS, PIGGY BANKS, TIE PINS, TRO-
PHIES AND WATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).

FIRST USE 10-0-1990; IN COMMERCE
10-19-1990.

SN 75-371,526, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**Exhibit O**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,251,961
Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOXES FOR
PENS, CALENDARS, TABLETS, NOTE CARDS
AND PLAYING CARDS, SELF-ADHESIVE
PADS, DESK PADS, AND CALENDAR PADS,
PENS, PENCILS, FOLDERS, PAPERWEIGHTS,

PEN AND PENCIL HOLDERS, PHOTOGRAPH
STANDS, RULERS, ERASERS, MARKERS,
DESK SETS, DESK ORGANIZERS, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

SN 75-371,525, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

## Exhibit P

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

## United States Patent and Trademark Office

Reg. No. 2,250,491

Registered June 1, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10–0–1993; IN COMMERCE
10–0–1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75–371,363, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**Exhibit Q**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,254,525
Registered June 15, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR, LOUNGEWEAR, SWEATERS, SWEATSHIRTS, SWEAT SUITS, COVERALLS, JACKETS, TIES, HEADWEAR, CARDIGANS, GYM SUITS, HATS, JOGGING SUITS, NECKTIES, POLO

SHIRTS, SCARVES, INFANT ROMPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10-0-1990; IN COMMERCE 10-0-1990.
OWNER OF U.S. REG. NOS. 1,723,243, 1,723,692, AND OTHERS.

SN 75-978,308, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**Exhibit R**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,261,531
Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
TOYS, PLUSH TOYS, DOLLS, BEAN BAGS,
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES, AND CHRISTMAS

TREE ORNAMENTS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 9-0-1990; IN COMMERCE
9-0-1990.

SN 75-349,837, FILED 9-2-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**Exhibit S**

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

## United States Patent and Trademark Office

Reg. No. 2,276,580
Registered Sep. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,362, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

## Exhibit T

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,702,463

## United States Patent and Trademark Office

Registered July 21, 1992

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).
FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,672, FILED 4-22-1991.

TODD BRAVERMAN, EXAMINING ATTOR-
NEY

**Exhibit U**

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,705,796

## United States Patent and Trademark Office
Registered Aug. 4, 1992

### TRADEMARK
### PRINCIPAL REGISTER

### INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
_RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,673, FILED 4-22-1991.

GLENN CLARK, EXAMINING ATTORNEY

**Exhibit V**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,179,209

## United States Patent and Trademark Office

Registered Aug. 4, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPO-
RATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## Exhibit W

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

### United States Patent and Trademark Office

Reg. No. 2,188,280
Registered Sep. 8, 1998

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950538119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE, COMPUTER OPERATING PRO-
GRAMS, COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS, AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE, COMPUTER HARDWARE, COM-
PUTER PERIPHERALS, INTEGRATED CIR-
CUITS, INTEGRATED CIRCUIT CHIPS, SEMI-
CONDUCTOR PROCESSORS, SEMICONDUC-
TOR PROCESSOR CHIPS, MICROPROCES-
SORS, PRINTED CIRCUIT BOARDS, ELEC-
TRONIC CIRCUIT BOARDS, COMPUTER
MEMORY DEVICES, SEMICONDUCTOR

MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS, VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS, VIDEO PROCESSORS, FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-8-1992; IN COMMERCE
1-8-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-168,109, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

**Exhibit X**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,451,273
Registered May 15, 2001

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SOFTWARE FOR USE IN OPERATING AND MAIN-
TAINING COMPUTER SYSTEMS; SEMICONDUC-
TORS; MICROPROCESSORS; INTEGRATED
CIRCUITS; MICROCOMPUTERS; COMPUTER
CHIPSETS; COMPUTER MOTHERBOARDS AND
DAUGHTERBOARDS; COMPUTER GRAPHICS
BOARDS; COMPUTER PERIPHERALS AND ELEC-
TRONIC APPARATUS FOR USE WITH COMPU-
TERS; KEYBOARDS; TRACKBALLS; COMPUTER
MOUSE DEVICES; COMPUTER INPUT DEVICES;
COMPUTER MONITORS; VIDEO APPARATUS; VI-
DEO CIRCUIT BOARDS; APPARATUS AND EQUIP-
MENT FOR RECORDING, PROCESSING,
RECEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND/OR ENHAN-
CING SOUND, VIDEO IMAGES, GRAPHICS, AND
DATA; COMPUTER UTILITY PROGRAMS; COM-

PUTER OPERATING SYSTEM SOFTWARE; COM-
PUTER PROGRAMS FOR RECORDING
PROCESSING, RECEIVING, REPRODUCING,
TRANSMITTING, MODIFYING, COMPRESSING,
DECOMPRESSING, BROADCASTING, MERGING,
AND/OR ENHANCING SOUND, VIDEO, IMAGES,
GRAPHICS, AND DATA; COMPUTER PROGRAMS
FOR WEB PAGE DESIGN; COMPUTER PROGRAMS
FOR ACCESSING AND USING A GLOBAL COM-
PUTER NETWORK; AND USER MANUALS FOR
USE WITH, AND SOLD AS A UNIT WITH, ALL THE
AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,489, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

**Exhibit Y**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,198,880

## United States Patent and Trademark Office

Registered Oct. 20, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH, AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,102, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

**Exhibit Z**

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,250,492

## United States Patent and Trademark Office

Registered June 1, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, IN CLASS 18 (U.S. CLS.
1, 2, 3, 22 AND 41).

FIRST USE 12–0–1993; IN COMMERCE
12–0–1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75–371,541, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**Exhibit AA**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,261,580

Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
   RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

   FOR: TOYS, NAMELY, STUFFED TOYS,
PLUSH TOYS, DOLLS, BEAN BAGS, GAMES,
NAMELY, BOARD GAMES, STAND ALONE
VIDEO GAMES, AND CHRISTMAS ORNA-

MENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

   FIRST USE 10–0–1995; IN COMMERCE
10–0–1995.

   SN 75–371,544, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**Exhibit BB**

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

## United States Patent and Trademark Office

Reg. No. 2,256,061

Registered June 22, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,546, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**Exhibit CC**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,252,046

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
  RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

  FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATSHIRTS, SWEAT
SUITS, COVERALLS, JACKETS, TIES, HEAD-
WEAR, CARDIGANS, GYM SUITS, HATS, JOG-
GING SUITS, NECKTIES, POLO SHIRTS,

INFANT ROMPERS, IN CLASS 25 (U.S. CLS. 22
AND 39).
  FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
  OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

  SN 75-978,306, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**Exhibit DD**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 2,289,657**

## United States Patent and Trademark Office

Registered Oct. 26, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOXES FOR PENS, TAB-
LETS, NOTE CARDS AND PLAYING CARDS,
SELF-ADHESIVE PADS, DESK PADS, AND
CALENDAR PADS, PENS, PENCILS, FOLD-
ERS, PHOTOGRAPH STANDS, RULERS,

MARKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).
FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,352, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**Exhibit EE**

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

Reg. No. 2,289,658

## United States Patent and Trademark Office

Registered Oct. 26, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, JEWELRY, CHARMS, CUFF
LINKS, EARRINGS, KEY CHAINS, NECK-
LACES, BRACELETS, NECKTIE FASTENERS,
LAPEL PINS, MONEY CLIPS, PENDANTS, TIE

SLIDES, AND WATCHES, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1995; IN COMMERCE
4-0-1995.

SN 75-978,429, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

## Exhibit FF

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,547,565

Registered Mar. 12, 2002

## SERVICE MARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, SUP-
PORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION
TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT; COMPUTER SOFTWARE,
COMPUTER HARDWARE AND NETWORK DE-
SIGN SERVICES, IN CLASS 42 (U.S. CLS. 100 AND
101).

FIRST USE 1-0-1994; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,488, FILED 12-31-1997.

PATRICIA HORRALL, EXAMINING ATTORNEY

**Exhibit GG**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,194,122

**United States Patent and Trademark Office** Registered Oct. 6, 1998

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 930528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA

ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75-160,174, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

**Exhibit HH**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,276,485

Registered Sep. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL TEAMSTATION

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTER HARDWARE AND SOFT-
WARE FOR VIDEO CONFERENCING, AND
USER MANUALS SOLD AS A UNIT THERE-

WITH, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).
FIRST USE 12-0-1995; IN COMMERCE
12-0-1995.

SN 75-326,800, FILED 7-18-1997.

STEVEN BERK, EXAMINING ATTORNEY

## Exhibit II

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,448,044

## United States Patent and Trademark Office

Registered May 1, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL STRATAFLASH

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTER HARDWARE, SEMICONDUC-
TOR DEVICES, COMPUTER MEMORY DEVICES,
SOLID STATE MEMORY DEVICES, FLASH MEM-
ORY DEVICES, SINGLE CELL TRANSISTOR MEM-
ORIES, NON-VOLATILE MEMORY COMPONENTS,
RANDOM ACCESS MEMORY DEVICES, FLASH
MEMORY COMPONENTS, MULTI-LEVEL CELL

FLASH MEMORY COMPONENTS, SINGULAR
AND MULTIPLE BIT PER CELL MEMORY DEVI-
CES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-19-1997; IN COMMERCE 9-19-1997.

OWNER OF U.S. REG. NOS. 938,772, 1,022,363,
AND OTHERS.

SN 75-326,640, FILED 7-18-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

**Exhibit JJ**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,497,572

## United States Patent and Trademark Office

Registered Oct. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL SPEEDSTEP

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528199

FOR: COMPUTER HARDWARE MICROPROCES-
SORS, INTEGRATED CIRCUITS, AND SEMICON-
DUCTORS; MOBILE COMPUTERS; COMPUTER
HARDWARE, COMPUTER SOFTWARE, COMPU-
TER OPERATING SYSTEMS, AND APPLICATION
SPECIFIC INTEGRATED CIRCUITS ALL TO EN-
ABLE AUTOMATIC TRANSITIONING BETWEEN
LEVELS OF VOLTAGE AND FREQUENCY PER-
FORMANCE OF THE COMPUTER PROCESSOR
AND COMPUTER SYSTEM, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 39929800.209,
FILED 5-22-1999, REG. NO. 39929800, DATED 11-18-
1999, EXPIRES 5-31-2009.

SER. NO. 75-772,621, FILED 8-10-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

**Exhibit KK**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,594,850
Registered July 16, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL XEON

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
COMPUTER WORKSTATIONS; NAMELY PROCES-
SORS, CENTRAL PROCESSING UNITS, COMPU-
TER MONITORS, COMPUTER KEYBOARDS,
COMPUTER PERIPHERALS, COMPUTER PRIN-
TERS; NOTEBOOK AND LAPTOP COMPUTERS;
PORTABLE COMPUTERS; MICROCOMPUTERS;
COMPUTER SERVERS; NETWORK SERVERS;
COMPUTER FIRMWARE, NAMELY COMPUTER
OPERATING SYSTEM SOFTWARE, COMPUTER
UTILITY SOFTWARE AND OTHER COMPUTER
SOFTWARE USED TO MAINTAIN AND OPERATE
COMPUTER SYSTEM ALL STORED IN A COMPU-
TER'S READ-ONLY MEMORY, ROM, OR ELSE-
WHERE IN THE COMPUTER'S CIRCUITRY;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; MICROCOMPUTERS; COM-
PUTER CHIPSETS; COMPUTER MOTHERBOARDS
AND DAUGHTERBOARDS; COMPUTER GRA-
PHICS BOARDS; COMPUTER AND TELECOMMU-
NICATIONS NETWORKING HARDWARE,
NAMELY; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS; COMPUTER KEYBOARDS; COM-
PUTER MOUSE DEVICES, NAMELY, COMPUTER
MICE, TRACKBALLS, COMPUTER JOYSTICKS,
AND COMPUTER TOUCHPADS; COMPUTER
AND VIDEO MONITORS; VIDEO CIRCUIT
BOARDS; COMPUTER HARDWARE AND SOFT-
WARE FOR RECORDING, PROCESSING, RECEIV-
ING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND/OR ENHAN-
CING SOUND, VIDEO IMAGES, GRAPHICS, AND
DATA; COMPUTER SOFTWARE AND PROGRAMS,
NAMELY, ALGORITHMS FOR THE COMPRES-
SION AND DECOMPRESSION OF DATA; COMPU-
TER COMPONENT TESTING AND CALIBRATING
APPARATUS; SET-TOP BOXES; COMPUTER PRO-
GRAMS FOR NETWORK MANAGEMENT; COM-
PUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND/OR ENHAN-
CING SOUND, VIDEO, IMAGES, GRAPHICS, AND
DATA; COMPUTER PROGRAMS FOR WEB PAGE
DESIGN; COMPUTER PROGRAMS FOR ACCES-
SING AND BROWSING A GLOBAL COMPUTER
NETWORK AND INTERCONNECTED COMPUTER
NETWORKS; COMPUTER HARDWARE AND
SOFTWARE FOR USE IN VIDEO CONFERENCING,
TELECONFERENCING, DOCUMENT EXCHANGE
AND EDITING, AND SOFTWARE FOR ACCESSING
AND TRANSMITTING INFORMATION VIA
CABLE, RADIO, MICROWAVE AND/OR SATEL-
LITE SYSTEMS; DIGITAL AND PC CAMERAS;
HEADSETS; PARTS, FITTINGS, AND TESTING
APPARATUS FOR ALL THE AFORESAID GOODS ;
AND USER MANUALS FOR USE WITH, AND SOLD
AS A UNIT WITH, ALL THE AFORESAID GOODS,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2001; IN COMMERCE 9-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-738,459, FILED 6-28-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

**Exhibit LL**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**Reg. No. 2,594,849**

## United States Patent and Trademark Office

Registered July 16, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE XEON

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
COMPUTER WORKSTATIONS, NAMELY PROCES-
SORS, CENTRAL PROCESSING UNITS, COMPU-
TER MONITORS, COMPUTER KEYBOARDS,
COMPUTER PERIPHERALS, COMPUTER PRIN-
TERS; NOTEBOOK AND LAPTOP COMPUTERS;
PORTABLE COMPUTERS; MICROCOMPUTERS;
COMPUTER SERVERS; NETWORK SERVERS;
COMPUTER FIRMWARE, NAMELY, COMPUTER
OPERATING SYSTEM SOFTWARE, COMPUTER
UTILITY SOFTWARE AND OTHER COMPUTER
SOFTWARE USED TO MAINTAIN AND OPERATE
COMPUTER SYSTEM ALL STORED IN A COMPU-
TER'S READ-ONLY MEMORY- ROM- OR ELSE-
WHERE IN THE COMPUTER'S CIRCUITRY;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; MICROCOMPUTERS; COM-
PUTER CHIPSETS; COMPUTER MOTHERBOARDS
AND DAUGHTERBOARDS; COMPUTER GRA-
PHICS BOARDS; COMPUTER AND TELECOMMU-
NICATIONS NETWORKING HARDWARE,
NAMELY, COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS; COMPUTER KEYBOARDS, COM-
PUTER MOUSE DEVICES, NAMELY, COMPUTER
MICE, TRACKBALLS, COMPUTER JOYSTICKS
AND COMPUTER TOUCHPADS; COMPUTER
AND VIDEO MONITORS; VIDEO CIRCUIT
BOARDS; COMPUTER HARDWARE AND SOFT-
WARE FOR RECORDING, PROCESSING, RECEIV-
ING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING AND ENHANCING
SOUND, VIDEO IMAGES, GRAPHICS, AND DATA;

COMPUTER SOFTWARE AND PROGRAMS,
NAMELY, ALGORITHMS FOR THE COMPRES-
SION AND DECOMPRESSION OF DATA; COMPU-
TER COMPONENT TESTING AND CALIBRATING
APPARATUS; SET-TOP BOXES; COMPUTER PRO-
GRAMS FOR NETWORK MANAGEMENT; COM-
PUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING, REPRODUCING, TRANSMITTING,
MODIFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND ENHANCING
SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA;
COMPUTER PROGRAMS FOR WEB PAGE DESIGN;
COMPUTER PROGRAMS FOR ACCESSING AND
BROWSING THE GLOBAL COMPUTER NETWORK
AND INTERCONNECTED COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR USE IN VIDEO CONFERENCING,
TELECONFERENCING, DOCUMENT EXCHANGE
AND EDITING, AND SOFTWARE FOR ACCESSING
AND TRANSMITTING INFORMATION VIA
CABLE, RADIO, MICROWAVE AND SATELLITE
SYSTEMS; DIGITAL AND PC CAMERAS; HEAD-
SETS; PARTS, FITTINGS, AND TESTING APPARA-
TUS FOR ALL THE AFORESAID GOODS ; AND
USER MANUALS SOLD AS A UNIT THEREWITH,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2001; IN COMMERCE 9-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 1,705,796,
AND OTHERS.

SN 75-738,458, FILED 6-28-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

**Exhibit MM**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,377,327

Registered Aug. 15, 2000

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE, INCLUDING IN-
TEGRATED CIRCUITS, MICROPROCESSORS, AND
OTHER SEMICONDUCTOR DEVICES; COMPUTERS;
COMPUTER WORKSTATIONS; NOTEBOOK AND
LAPTOP COMPUTERS; PORTABLE COMPUTERS;

MICROCOMPUTERS; SERVERS, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).
FIRST USE 2–0–1999; IN COMMERCE 2–0–1999.
OWNER OF U.S. REG. NOS. 1,702,463, 2,188,280
AND OTHERS.

SER. NO. 75–746,763, FILED 7–8–1999.

F. D. CARMINE, EXAMINING ATTORNEY

**Exhibit NN**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,756,697

## United States Patent and Trademark Office

Registered Aug. 26, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL XSCALE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: MICROPROCESSORS, INTEGRATED CIR-
CUITS, AND SEMICONDUCTORS; DATA PROCES-
SING EQUIPMENT, NAMELY, COMPUTERS,
COMPUTER MONITORS, KEYBOARDS, COMPU-
TER MICE, AND MODEMS; HANDHELD COMPU-
TERS; MICROCOMPUTERS; PERSONAL DIGITAL
ASSISTANTS; CELLULAR TELEPHONES; PORTA-
BLE AND HANDHELD PERSONAL ORGANIZERS;
COMPUTER HARDWARE; COMPUTER SOFT-
WARE, NAMELY, COMPUTER UTILITY PRO-
GRAMS, COMPUTER PROGRAMS FOR
NETWORK MANAGEMENT, COMPUTER SOFT-
WARE FOR ACCESSING A GLOBAL COMPUTER
NETWORK AND INTERCONNECTED COMPUTER
NETWORKS; COMPUTER OPERATING SYSTEMS;
COMPUTER PERIPHERALS; WIRELESS AND RE-
MOTE COMPUTER PERIPHERALS; WEB APPLIAN-

CES, NAMELY, SET-TOP BOXES, COMPUTER
SERVERS, TELECOMMUNICATIONS SERVERS,
DATA AND TELECOMMUNICATIONS SIGNAL
TRANSMISSION INTERFACE DEVICES FOR AC-
CESSING A GLOBAL COMPUTER AND FOR COM-
MUNICATIONS NETWORK, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 8-23-2000; IN COMMERCE 9-27-2000.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30009966.5,
FILED 2-10-2000, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-106,896, FILED 8-9-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

**Exhibit OO**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**Reg. No. 2,724,913**

## United States Patent and Trademark Office

Registered June 10, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETBURST

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
INTEGRATED CIRCUITS; MICROPROCESSORS;
SEMICONDUCTORS; COMPUTER PERIPHERALS;
WEB APPLIANCES, NAMELY, PERSONAL DIGI-
TAL ASSISTANTS, WEB-TABLETS, WEBPADS, AND

COMPUTER PERIPHERALS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 11-11-2000; IN COMMERCE 11-11-2000.

SN 76-068,772, FILED 6-13-2000.

SUSAN STIGLITZ, EXAMINING ATTORNEY

**Exhibit PP**

**Int. Cls.: 9 and 42**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101**

**United States Patent and Trademark Office**

**Reg. No. 2,784,975**
Registered Nov. 18, 2003

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL NETMERGE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER SOFTWARE, NAMELY, COM-
PUTER MIDDLE WARE AND TELECOMMUNICA-
TIONS SOFTWARE FOR PROVIDING STANDARD
INTERFACES FOR VOICE, VIDEO, AUDIO, AND
NETWORK APPLICATIONS, FACSIMILE ROUT-
ING, VIDEOCONFERENCING, SWITCHING AND
SPEECH FUNCTIONALITY AND TO ALLOW FOR
STANDARD INTERFACES WITH HARDWARE;
AND COMPUTER SOFTWARE FOR USE IN FACIL-
ITATING NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

FOR: COMPUTER CONSULTATION SERVICES
AND CUSTOM COMPUTER SOFTWARE DEVEL-
OPMENT SERVICES, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30100042.5/0,
FILED 1-2-2001, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,462,327,
AND OTHERS.

SN 78-071,556, FILED 6-28-2001.

LAURA KOVAISKY, EXAMINING ATTORNEY

**Exhibit QQ**

09/06/1990 11:17  FROM INTEL LEGAL GR1-21      TO ED TAYLOR           P.04

42390.T002CA



# State of California
### OFFICE OF THE SECRETARY OF STATE

Trademark Reg. No. ___ 63565

## CERTIFICATE OF REGISTRATION OF TRADEMARK

I, MARCH FONG EU, Secretary of State of the State of California, hereby certify:

That in accordance with the application filed in this office the TRADEMARK described below has been duly registered in this office on behalf of:

Name of Applicant ___ Intel Corporation, a California corporation

Business Address ___ 3065 Bowers Avenue, Santa Clara, California 95051

Date First Used in California ___ March 11, 1969

Date First Used Anywhere ___ March 11, 1969

Description of Trademark ___ the word "INTEL"

Class No. ___ 26

Description of Goods on Which the Trademark is Used ___ integrated circuits, registers and semiconductor memories, and test and programming equipment for such products

A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.

Date of Registration ___ May 15, 1981

Term of Registration Extends to and Includes ___ May 15, 1991

*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this

15th  **day of**  May, 1981



March Fong Eu

*Secretary of State*

**Exhibit RR**



# State of California



OFFICE OF THE SECRETARY OF STATE

Trademark
Reg. No. _____ 094221

## CERTIFICATE OF REGISTRATION OF TRADEMARK

I, MARCH FONG EU, Secretary of State of the State of California, hereby certify:

That in accordance with the application filed in this office the TRADEMARK described below has been duly registered in this office on behalf of:

Name of Applicant _____ INTEL CORPORATION

Business Address _____ 3065 Bowers Avenue
Santa Clara, CA  95051

Date First Used in California _____ March 11, 1969

Date First Used Anywhere _____ March 11, 1969

Description of Trademark _____ "intel" stylized in lower-case letters with a dropped letter "e"

Class No. _____ 21

Description of Goods on Which the Trademark is Used _____ Integrated circuits, registers and semiconductor memories.

A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.

Date of Registration _____ June 18, 1991

Term of Registration Extends to and Includes _____ June 18, 2001

*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this

18th   day of   June, 1991



*March Fong Eu*

*Secretary of State*

**Exhibit SS**

SEC/STATE FORM TM-103 (Rev. 1/88)




# State of California

### OFFICE OF THE SECRETARY OF STATE

Trademark
Reg. No. 094220

## CERTIFICATE OF REGISTRATION OF TRADEMARK

I, MARCH FONG EU, Secretary of State of the State of California, hereby certify:

That in accordance with the application filed in this office the TRADEMARK described below has been duly registered in this office on behalf of:

Name of Applicant _____ INTEL CORPORATION

Business Address _____ 3065 Bowers Avenue
Santa Clara, CA  95051

Date First Used in California _____ August 1, 1973

Date First Used Anywhere _____ August 1, 1973

Description of Trademark _____ "intel" stylized in lower-case letters with a dropped letter "e"

Class No. _____ 38

Description of Goods on Which the Trademark is Used _____ Printed material, namely technical manuals, pamphlets, user and product manuals, all of which relate to the field of information and data technology and semiconductor devices.

A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.

Date of Registration _____ June 18, 1991

Term of Registration Extends to and Includes _____ June 18, 2001

*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this

18th   day of        June, 1991



*March Fong Eu*

*Secretary of State*

**Exhibit TT**