Robert N. Phillips (SBN 120970)
HOWREY, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN LEHMANN, an individual doing business as DRUGINTEL,<br><br>　　　　　　Defendant. | Case No. C04-01310 (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff INTEL CORPORATION, a Delaware corporation, and Defendant JOHN LEHMANN dba DRUGINTEL, through their counsel of record, hereby stipulate as follows:

　　　　1.　　Pursuant to a confidential settlement agreement entered by the parties on the record at a settlement conference before the Honorable Magistrate Bernard Zimmerman on May 27, 2005, and a subsequent final written agreement signed by the parties, this entire action shall be dismissed with prejudice.

　　　　2.　　The Court shall retain jurisdiction over the parties for the purpose of enforcing the terms of their confidential settlement agreement until performance in full of each and every term therein, and the parties consent to Magistrate Spero deciding any such motion. If

STIPIULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL WITH PREJUDICE
CASE NO. C04 01310 (JCS)
DM_US\8215473.v1

HOWREY LLP

1  Magistrate Spero is not available, the parties consent to Magistrate Zimmerman deciding
2  any such motion. The parties understand and agree that the decision of Magistrate Spero
3  or Magistrate Zimmerman on a motion to enforce the terms of the settlement agreement
4  shall be binding, final, and without a right of appeal.

5  Dated:   June 14, 2005              Respectfully submitted,

6                                      HOWREY, LLP

8                                      By:  /s/ Robert N. Phillips
9                                            Robert N. Phillips
                                             Attorneys for Plaintiff
10                                           Intel Corporation

11
12 Dated:   June 14, 2005              LAW OFFICE OF RONALD R. BENJAMIN

14                                     By:  /s/ Ronald R. Benjamin
                                            Ronald R. Benjamin
15                                          Attorneys for Defendant
                                            John Lehmann dba DrugIntel

17 IT IS SO ORDERED.

19 Dated: June 14, 2005_             /s/ Joseph C. Spero
                                     JOSEPH C. SPERO
20                                   United States Magistrate Judge

## ATTESTATION AS TO CONCURRENCE

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

                                     /s/ Robert N. Phillips
                                     Robert N. Phillips